1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10
11

| | | |
|---|---|---|
| 12 UNITED STATES OF AMERICA, | ) | CASE NO: 07CR0775-JM |
| 13           Plaintiff, | ) | ORDER |
| 14      vs. | ) | |
| 15 VICTOR ABARCA, | ) | |
| 16           Defendant | ) | |

17

18     Good cause appearing therefore:

19     IT IS HEREBY ORDERED that the sentencing hearing date in the above-captioned matter be

20 continued from September 14th, 2007 until November 2nd, 2007 at 9:00 AM.

21 Dated: September 13, 2007

22

23                                              _____
24                                              HONORABLE JEFFREY T. MILLER
                                                JUDGE, U.S. DISTRICT COURT
25
26
27
28

-1-